# United States Court of Appeals
## For the First Circuit

No. 23-1593

SAMANTHA PIKE,

Plaintiff, Appellant,

NATASHA IRVING,

Plaintiff,

v.

CHARLES F. BUDD, JR., in his individual capacity,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on March 28, 2025, is amended as follows:

On page 28, line 5, replace "a pursing" with "pursuing."

On page 28, line 5, replace "sexually" with "sexual."

On page 38, line 16, replace "occasion" with "occasions."

On page 39, lines 14-15, replace "Dan" with "Dang" and underline "Dang Vang" and "Vang Xiong X. Toyed".

On page 39, line 15, replace "780" with "480."

On page 40, line 3, replace "Tp." with "Twp."